JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER ZIMMERMAN, on behalf of herself and all other similarly situation,<br><br>Plaintiff,<br><br>vs.<br><br>BUDDHA ENTERTAINMENT, LLC d/b/a and a/k/a TAO GROUP also d/b/a and a/k/a TAO NIGHTCLUB also d/b/a and a/k/a TAO LV NIGHTCLUB; ASIA LAS VEGAS, LLC, d/b/a and a/k/a TAO ASIAN BISTRO; STRIP VIEW ENTERTAINMENT, LLC d/b/a and a/k/a TAO GROUP; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01460-JAD-CWH<br><br>**STIPULATION & ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Jennifer Zimmerman, and Defendants Buddha Entertainment, LLC, Asia Las Vegas, LLC, and Strip View Entertainment, LLC, by and through their respective counsel, as follows:

1. Plaintiff's Complaint was filed in the Eighth Judicial District Court, Clark County, Nevada on July 11, 2018. ECF No. 1-1.

2. Defendants removed the case to this Court on August 7, 2018. ECF No. 1.

3. Defendants answer and/or response to Plaintiff's Complaint is due on August 14, 2018.

4. The parties desire additional time to confer regarding issues that may alter the landscape of and/or resolve the case entirely.

5. Therefore, the parties have agreed that Defendants shall have until September 14, 2018 to respond to Plaintiff's Complaint.

6. No party waives any claim and/or defense it may have by virtue of entering into this Stipulation.

DATED this 14th day of August, 2018.

| JACKSON LEWIS, P.C. | GABROY LAW OFFICES |
|---|---|
| /s/ Joshua A. Sliker<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br>T: (702) 921-2460<br>F: (702) 921-2461<br><br>*Attorneys for Defendants* | /s/ Christian Gabroy<br>CHRISTIAN GABROY, ESQ.<br>Nevada Bar No. 8805<br>KAINE MESSER, ESQ.<br>Nevada Bar No. 14240<br>170 S. Green Valley Pkwy., Ste. 280<br>Henderson, Nevada 89012<br>T: (702) 259-7777<br>F: (702) 259-7704<br><br>**THIERMAN BUCK, LLP**<br>MARK R. THIERMAN, ESQ.<br>Nevada Bar No. 8285<br>JOSHUA D. BUCK, ESQ.<br>Nevada Bar No. 12187<br>LEAH L. JONES, ESQ.<br>Nevada Bar No. 13161<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>T: (775) 284-1500<br>F: (775) 703-5027<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
U.S. MAGISTRATE JUDGE

Dated: August 16, 2018

JACKSON LEWIS P.C.
LAS VEGAS

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 14th day of August, 2018, I caused to be sent via electronic filing, a true and correct copy of the above and foregoing **STIPULATION & ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** properly addressed to the following:

Mark R. Thierman
mark@thiermanbuck.com
Joshua D. Buck
josh@thiermanbuck.com
Leah L. Jones
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511

Christian Gabroy
christian@gabroy.com
Kaine Messer
kmesser@gabroy.com
GABROY LAW OFFICES
170 S. Green Valley Pkwy.
Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiff*

/s/ Janine Martin
Employee of Jackson Lewis P.C.