GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

THIERMAN BUCK LLP
Mark R. Thierman (#8285)
Joshua D. Buck (#12187)
Leah L. Jones (#13161)
7287 Lakeside Drive
Reno, Nevada 89511
Tel:   (775) 284-1500
Fax:   (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
*Attorneys for Plaintiff Jennifer Zimmerman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER ZIMMERMAN, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BUDDHA ENTERTAINMENT, LLC d/b/a and a/k/a TAO GROUP also d/b/a and a/k/a TAO NIGHTCLUB also d/b/a and a/k/a TAO LV NIGHTCLUB; ASIA LAS VEGAS, LLC d/b/a and a/k/a TAO GROUP also d/b/a and a/k/a TAO ASIAN BISTRO; STRIP VIEW ENTERTAINMENT LLC d/b/a and a/k/a TAO GROUP also d/b/a and a/k/a LAVO LAS VEGAS; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 2:18-cv-01460<br><br>**STIPULATION AND ORDER TO EXTEND STAY OF PROCEEDINGS**<br><br>**(Second Request)** |

**STIPULATION AND ORDER TO EXTEND STAY OF PROCEEDINGS**

The parties, by and through their respective counsel of record, hereby submit the following Stipulation and Order to Extend Stay of Proceedings:

This matter commenced in state court on July 11, 2018. On August 7, 2018, Defendants removed the action to federal court. ECF No. 1. On August 14, 2018, the parties submitted a Stipulation and Order Extending Time For Defendants to Respond to Plaintiff's Complaint. ECF No. 4. Such Order was entered by this Court on August 16, 2018, extending the time for Defendants to respond to Plaintiff's Complaint up to and including September 14, 2018. ECF No. 5.

On September 13, 2018, this Court entered its Order to stay the proceedings in this case for ninety (90) days up to and including December 11, 2018 to allow the parties to engage in mediation. ECF No. 10.

The parties agreed on a private mediator and scheduled a mediation to be held during such stay. However, due to circumstances beyond the parties' control, the mediation had to be rescheduled for a later date.

The parties now seek a 90-day extension of such stay up to and including March 11, 2019 in order to conserve expenditures and judicial resources while the parties engage in mediation. This request is not sought for any improper purpose or other reason of delay.

///

Wherefore, the parties respectfully request that the Court extend the stay of the proceedings in this case for ninety (90) days up to and including March 11, 2019, to allow the parties to engage in mediation.

IT IS SO STIPULATED.

Dated this 11th day of December 2018.  Dated this 11th day of December 2018.

Respectfully submitted,  Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
Kaine Messer, Esq.
Nev. Bar No. 14240
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

Mark R. Thierman, Esq.
Nev. Bar No. 8285
Joshua Buck, Esq.
Nev. Bar No. 12187
Leah L. Jones, Esq.
Nev. Bar No. 13161
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel (775) 284-1500
Fax (775) 703-5027

*Attorneys for Plaintiff*

/s/ *Joshua A. Sliker*
Joshua A. Sliker, Esq.
Nev. Bar No. 12493
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorney for Defendants*

**IT IS SO ORDERED.**

December 12, 2018
_____    _____
Date                 UNITED STATES MAGISTRATE JUDGE