Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Christian Gabroy, Bar No. 8805
christian@gabroy.com
Kaine Messer, Bar No. 14240
kmesser@gabroy.com
**GABROY LAW OFFICES**
170 S. Green Valley Pkwy., Ste. 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704

*Attorneys for Plaintiffs*

Joshua A. Sliker, Bar No. 12493
joshua.sliker@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy., Ste 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER ZIMMERMAN, on behalf of herself and all other similarly situation,<br><br>Plaintiff,<br><br>vs.<br><br>BUDDHA ENTERTAINMENT, LLC d/b/a and a/k/a TAO GROUP also d/b/a and a/k/a TAO NIGHTCLUB also d/b/a and a/k/a TAO LV NIGHTCLUB; ASIA LAS VEGAS, LLC, d/b/a and a/k/a TAO ASIAN BISTRO; STRIP VIEW ENTERTAINMENT, LLC d/b/a and a/k/a TAO GROUP; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01460-JAD-CWH<br><br><br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>ECF No. 13 |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable Jennifer A. Dorsey presiding, on April 12, 2019. This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. This Court grants preliminary approval of the Settlement and the Settlement Classes based upon the terms set forth in the Joint Stipulation of Settlement and Release between Plaintiff and Defendants ("Stipulation of Settlement") filed herewith. The Settlement appears to be fair, adequate and reasonable to the Class. **The Joint Motion for Preliminary Approval [ECF No. 13] is GRANTED.**

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative Enhancement Award should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in accordance with the Implementation Schedule set forth below.

4. This Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Class Action Settlement, and Hearing Date for Court Approval ("Notice of Pendency of Class Action"), in substantially the form attached to the Stipulation of Settlement as Exhibit A, and the Claim Form in substantially the form attached thereto as Exhibit B. This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the Settlement as set forth in the Notice of Pendency of Class Action.

5. This Court directs the mailing of the Notice of Pendency of Class Action and Proposed Settlement, and the Claim Forms by first class mail to the Class Members in accordance with the Implementation Schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notice and the Claim Form, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiff Jennifer Zimmerman as Class Representative, and Mark Thierman, Esq., Joshua Buck, Esq., and Leah Jones, Esq. of Thierman Buck, LLP of Reno, Nevada, and Christian Gabroy, Esq., and Kaine Messer, Esq. of Gabroy Law Offices of Henderson, Nevada as Class Counsel.

8. This Court confirms CPT Group as the Claims Administrator.

9. To facilitate administration of the Settlement pending final approval, this Court hereby enjoins Plaintiff and all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner) regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing claims with the Claims Administrator has elapsed.

10. This Court orders the following **<u>Implementation Schedule</u>** for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to Submit Class Member Information to Claims Administrator | April, 22, 2019 |
| b. | Deadline for Claims Administrator to Mail the Notice and the Claim Form to Class Members | April 26, 2019 |
| c. | Deadline for Class Members to Postmark Claim Forms | May 27, 2019 |
| d. | Deadline for Class Members to Postmark Requests for Exclusions | May 27, 2019 |
| e. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | May 27, 2019 |
| f. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | August 2, 2019 |

| | | |
|---|---|---|
| g. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | August 2, 2019 |
| h. | Final Fairness Hearing and Final Approval | August 9, 2019 |
| i. | Deadline for Defendant to Fund Settlement Account maintained by Claims Administrator | August 19, 2019 |
| j. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel (if Settlement is Effective) | August 24, 2019 |
| k. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives (if Settlement is Effective) | August 29, 2019 |
| k. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Award, Attorneys' Fees and Costs (if Settlement is Effective) | November 9, 2019 |

**IT IS SO ORDERED.**

Dated: 4-22-19 _____

UNITED STATES DISTRICT JUDGE